11/11/19

Honorable
Judge Keith P. Ellison
Bob Casey U.S. Courthouse
515 Risk St, RM 3716
Houston, TX 77002

Matthew Jamal Jackson
JW Hamilton Unit
200 Lee Morrison Lane
Bryan, TX 77806
TDCJ # 2028305
TRA - 3

United States Courts
Southern District of Texas
FILED

NOV 18 2019

David J. Bradley, Clerk of Court

RE: Art 6.02 Gang Members have threaten to take my life, Family and Offender P.T. Hawthorne TDCJ # 2238534 6-7 Bottom, Lieutenant Ladeshia Manning refuses to file this full compliant

Declaration under Penalty of Mr. Matthew Jamal Jackson, Mr. Matthew Jamal Jackson, being competent to make this declaration of having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1746

According To Therapeutic Community Client Orientation Hamilton Handbook. Texas Department of Criminal Justice Rehabilitation Programs Division — Substance Abuse Treatment Program Components of the Therapeutic Community. Sanctions are imposed for selfish, destructive, antisocial behavior. These may range from a loss of privileges to a structure program position changes up to expulsion from the program, and disciplinary action following TDCJ guidelines.

Treatment Team

All major decisions, such as movement from one phase to the next, structure position assignment, and sanctions are determined by the treatment team includes, but is not limited to, staff members, from the Substance Abuse Treatment, security, wardens and other department staff who may have information that may aid in the decision-making process.

1 of 8

## Treatment Plan Review

This activity involves you and your primary counselor, and is then reviewed and approved by the supervisor. Treatment plan reviews will be provided at least once per month for the purpose of reviewing your progress and updating your treatment plan.

My record reflects in weekly Summary Progress Notes that I have recieved and reported death threats. All gang members from Clemens Unit 11034 HWY 36 Brazoria, TX 77422, Byrd Unit 21 FM 247 Huntsville, TX 77320, Leblanc Unit 3695 FM 3514 Beaumont, TX 77705, JW Hamilton Unit 200 Lee Morton Lane Bryan, TX 77807 and other Texas Department of Criminal Justice prison system units have placed a $10,000 bounty on my head. Including my family and Offender P.T. Hawthorne TDCJ#2238534 G-7 Bottom. On March 1, 2017 Director Bryan Collier was given notice of death threats I was recieving. On August 7, 2017 I mailed a letter to all Texas Department of Criminal Justice Officials Chairman Dale Wainwright, Director Lorie Davis, Executive Director Bryan Collier, Deputy Executive Director Oscar Mendoza and Regional Director Steve Massie. Officials who knew of threats against a prisoner but did nothing to protect him could be found deliberate indifferent when he was murdered. Flint v. Kentucky Department of Corrections, 270 F.3d 340, 353-54 (6th Cir. 2001).

Prison officials may be held liable if they fail to act on a specific warning of danger to a particular prisoner. Case v. Ahitow, 301 F.3d 605, 606-07 (7th Cir. 2002)(defendants could be held liable where they knew another prisoner had it for the plaintiffs and didn't separate them. I have been a target of gang organized criminal activity for three years violation of Texas Criminal Code Procedure Art 13.21. The death threats started on "The Burning Hell" Clemens Unit when I filed Grievance #2017058687 for offender Russell Pittman TDCJ#1739135. Due to Sergeant Kenneth E. Sanderson Reckless Endangerment, mistreatment of offenders. The Major Veroncia Lilly's SSI Speaker for the Bloods gang John Doe better known as "Q", Field Ministers Lawrence Burks J., Warren Bishop II, Jason Karch, Jesse Anguiano and Warden Stephen Henson started the Death Threats on my life and my family calling me a snitch and informant saying no offender is this smart. Due to being a christian most of the death threats are from Muslims. Which is a Hate Crime violation of Art.22.11 of the Texas Constitution.

2 of 8

In retaliation for exercising my First Amendment rights of the Constitution for filing and reporting complaints, filing grievances, and litigating to file lawsuits. The complaint and grievances filed were Grievance#2017058687, #2012094518, #2017144241, #2017150013, #2017153470, #2017158092, #2017191972, #2018023514, #2018072091, #2018127972, #2018162996, #2018166788, #2018171033, #2018172081, #2018182288, #2019016945, #2019031305, #2019035838, #2019042740, #2019050142, #2019066908, #2018186290, #2072094518, #2017153426, #2019072004, #2019067011, #2019085436, #2019117332, #2019106741 and others pending

## Art 6.01 When Magistrate Hears

It is the duty of every magistrate, when he may have heard, in any manner, that threat has been made by one person to do some injury to himself or the person or property of another, including the person or property of his spouse, immediately to give notice to some peace officer, in order that such peace officer may use lawful means to prevent the injury.

## Art. 6.02 Threat To Take Life

If, within the hearing of a magistrate, one person shall threaten to take the life of another, including that of his spouse, or himself, the magistrate shall issue a warrant for the arrest of the person making the threat, or in a case of emergency, he may himself immediately arrest such person.

Acts 1965, 59th Leg., Vol.2, p. 317, ch.722
Amended by Acts 1979, 66th Leg., p.366, ch.164, Sec.1, eff. Sept.1, 1979

## Organized Criminal Activity Penal 71.02 of Texas Criminal Code Procedure

(a) A person commits an offense if, with the intent to establish, maintain, or participate in a combination or in the profits of a combination or as a member of a criminal street gang, the person commits or conspires to commit one or more of the following.

(1) murder, capital murder, arson, aggravated robbery, robbery, burglary, theft, aggravated kidnapping, kidnapping, deadly conduct.

Solicitation To Commit Crime Texas Penal Code 15.03

(a) A person commits an offense if, with intent that a capital felony or felony of the first degree be committed, he requests, commands or attempts to induce another to engage in specific conduct that, under the circumstances surrounding his conduct as the actor believes them to be, would constitute the felony or make the other a party to its commission.

Under the Model Penal Code, a defendant is guilty of solicitation even if the command or urging was not actually communicated to the solicited person as long as it was designed to be communicated. Model Penal Code § 5.02(2) — Also termed criminal solicitation incitement

Murder For Hire Texas Criminal Code Procedure Penal Code 19.03

Criminal Conspiracy Texas Criminal Code Procedure Penal Code 15.02

(a) A person commits criminal conspiracy if with intent that a felony be committed:
  (1) he agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense; and
  (2) he or one or more of them performs an overt act in pursuance of the agreement.

If you check prison records 6/10/19 - 6/13/19 I was being stalked by Clemens Unit Offenders like prey at Galveston Hospital. Warden Bruce Armstrong was the Warden on Clemens unit. He is now the Warden on Galveston Unit.

4 of 8

Texas Penal Code 22.7  Terroristic Threat

(A) A person commits an offense if he threatens to commit any offense involving violence to any person or property with intent to

(2) place any person in fear of imminent serious bodily injury

Texas Penal Code 22.4

Assault

Intentionally or knowingly threatens another with imminent bodily injury Including the person's spouse; or

Texas Criminal Code Procedure Art 12.03 Aggravated Offenses, Attempt, Conspiracy, Solicitation

Organized Criminal Activity

(a) The limitation period for criminal attempt is the same as that of the offense attempted.

(b) The limitation period for criminal conspiracy or organized criminal activity is the same as that of the most serious offense that is the object of the conspiracy or the organized criminal activity

(c) The limitation period for criminal solicitation is the same as that of the felony solicited.

(d) Except, as otherwise provided by this chapter, any offense that bears the title "aggravated" shall carry the same limitation period as the primary crime.

5 of 8

In Retaliation for mailing Affidavit to Criminal Court of Appeals on 3/6/18 and grievance #2018071091 3/23/18. On the 3/25/18 on Palm Sunday in the Chapel I was threatened "You gone get Smoked" 3/25/18 the prisoners we run the penitentiary. Field Minister Lawrence Burks Jr. statement with his brothers Offender Warren Bishop II, Offender Jason Karch, Offender Jesse Anguiano. "Yea, we all brothers" Jesse Anguiano statement. This happen around 8:45 am.

In the chapel on 8/13/19 Field Minister Lawrence Burks Jr. at 9:35 am made statement and looked at me its about to be alot of dead people. Later Major Lilly's SSI John Doe "#" in the main building hall made statement "You dead." This death threat comment happen around 11:15 am I was headed to 5 Tank.

Ms. Cezar yall gone catch up with him when he get out for what he did "JACKSON"
Yea, we gone Murder him – comment made by Expediter David Burnley TDCJ#1932785 Speaker for the Muslims and Bloods bunk#53. He's from Pleasant Grove Dallas TX the same geographical location home of Field Minister Lawrence Burks Jr.
Offender Bobby Dabbs made a comment "He gone make me pop his top" TDCJ# 705898. I remained quiet and just listened to the death threats.

On 8/4/19 Offender Tadreion Wallace TDCJ#2241360 bunk#25 in the chow hall as I was working diet trays. "You always working." My statement I'm gone sleep when I die Tadreion Wallace statement you going to die real real soon
Witness – Officer Christie P. Idlebird – She said Oh
The time is documented in the chow hall computer system She was standing beside me

On 10/4/19 at 7:45pm Offender David Burnley TDCJ# 1932785 made a comment directed at Mr. Matthew Jackson TDCJ# 2028305 131.23 in the dayroom. JUST GOT HOME CAUGHT A MURDER AND GOT FIFTEEN BANDS. Murder done we killed them this statement was made by Darrin Williams TDCJ# 1511205 / Derrin Williams TDCJ# 1511205 bunk #48 Murdered them Means Matthew Jackson TDCJ #2028305 bunk #73 and Offender P.T. Hawthorne TDCJ #2038534 6-7 bottom See attached witness statement

On 7/30/19 at 8:30pm Offender David Burnley TDCJ# 1932785 made a comment "ALL WE DO IN DALLAS is Rob, kill and dance directed at Mr. Matthew Jackson TDCJ# 2028305 bunk #73 See attached witness statement

On 8/15/19 in the dayroom bunk #12 Muslim John Doe Hicks at 3:15pm made statement to Steven Bernard Campbell TDCJ# 2171898 bunk #56. If we kill (Jackson) we get to kill (Hawthorne).

I suffered from Post Traumatic Stress Disorder, Hypertension and other mental health issues. I had given my mental health counselor Notice of the death threats Mr. Christopher Ginn on 10/11/19. I want to press charges failure to honor this request is in direct violation of Texas Penal Code 39.04 (A)1 civil rights of person in custody and violates Art 1.09 of the Texas Constitution along with Art. 6.01, Art.6.02, Penal Code 71.02, Texas Penal Code 15.03, Texas Criminal Code Procedure Penal Code 19.03, Texas Penal Code 15.02, Texas Penal Code 22.07 Terroristic Threat, Texas Penal Code 22.4, and Texas Criminal Code Procedure Art 12.03 Aggravated Offenses, Attempt, Conspiracy, Solicitation, Officials will be violating Eighth and Fourteenth Amendments of the Constitution and Art.1.09 of the Texas Constitution. The Americans with Disabilities Act and Rehabilitation Act. Violation of Wilson v. Seitzer, 501 U.S. 294, 298, 111 S. Ct. 2321 (1991).

Pursuant to 28 U.S.C. § 1046, I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/6/19

Respectfully Submitted,

11/11/19

8 of 9

Matthew Jamal Jackson
JW Hamilton Unit
200 Lee Morrison
Bryan, TX 77806
TDCJ # 2028305
TRA-3

Legal Mail
Correspondence

NORTH HOUSTON TX 77

14 NOV 2019 PM 1

FOREVER USA   FOREVER

Bob Casey U.S. Courthouse
515 Risk St, RM 3716
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

NOV 18 2019

David J. Bradley, Clerk of Court

77002-260441