UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON, (TDCJ–CID #2028305) Plaintiff, | § § § § § § | CIVIL ACTION NO. 4:19-cv-4659 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TDCJ, Defendant. | § § § | |

## MEMORANDUM ON DISMISSAL

Before the Court is a complaint filed by Plaintiff Matthew Jamal Jackson. Dkt 1. Jackson is an inmate of the Hamilton Unit of the Texas Department of Criminal Justice—Correctional Institutions Division (TDCJ–CID).

Jackson has failed to submit a completed and signed application to proceed *in forma pauperis* or pay the filing fee as required by notice from the Clerk dated January 16, 2020. The Clerk's notice stated that failure to comply as directed may result in the dismissal of this action. Jackson's failure to pursue this action forces this Court to conclude that he lacks due diligence.

Under the inherent powers necessarily vested in a court to manage its own affairs, the Court dismisses this action for want of prosecution. See FRCP 41(b); *Link v Wabash R.R.*, 370 US 626 (1962); *Clofer v Perego*, 106 F3d 678 (5th Cir 1997); 8 James Wm. Moore, et al, *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed 2017). Upon a proper showing, the Court will grant relief under Rule 60(b) of the Federal Rules of Civil Procedure. See *Link*, 370 US at 635.

The Court DISMISSES the civil action filed by Matthew Jamal Jackson without prejudice for want of prosecution. The Court DENIES as moot all other pending motions.

SO ORDERED.

Signed on __02/24/2020__, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge